**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────

**No. 22-1688**

─────────

MOISES JAVIER LOPEZ,

　　　　　　　　Petitioner,

　　　　v.

MERRICK B. GARLAND, Attorney General,

　　　　　　　　Respondent.

─────────

On Petition for Review of an Order of the Board of Immigration Appeals.

─────────

Submitted: February 17, 2023　　　　　　　　　Decided: March 22, 2023

─────────

Before HARRIS, RICHARDSON, and HEYTENS, Circuit Judges.

─────────

Petition dismissed by unpublished per curiam opinion.

─────────

**ON BRIEF:** Abdoul A. Konare, KONARE LAW, Frederick, Maryland, for Petitioner. Brian Boynton, Principal Deputy Assistant Attorney General, Jessica A. Dawgert, Senior Litigation Counsel, Jeffrey M. Hartman, Office of Immigration Litigation, Civil Division, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Respondent.

─────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Moises Javier Lopez, a native and citizen of Colombia, petitions for review of an order of the Board of Immigration Appeals upholding the Immigration Judge's denial of his application for adjustment of status as a matter of discretion. We lack jurisdiction to review this wholly discretionary determination. 8 U.S.C. § 1252(a)(2)(B)(i). Though we retain jurisdiction over colorable constitutional challenges and questions of law, no such issues have been raised on appeal. 8 U.S.C. § 1252(a)(2)(D); *see Gomis v. Holder*, 571 F.3d 353, 358 (4th Cir. 2009). Accordingly, we dismiss the petition for review for lack of jurisdiction. *See In re Lopez* (B.I.A. June 9, 2022). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DISMISSED*